FILED IN
COURT OF CRIMINAL APPEALS

February 4, 2015

ABEL ACOSTA, CLERK

PD-0123-15

PD-0123-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/3/2015 1:55:05 PM
Accepted 2/4/2015 11:31:56 AM
ABEL ACOSTA
CLERK

PD-_____

### COURT OF APPEALS No. 04-14-00039-CR

| | | |
|---|---|---|
| **JAMES FERNANDEZ** | § | **IN THE COURT OF** |
| | § | |
| **v.** | § | **CRIMINAL APPEALS OF TEXAS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

### MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT:**

**COMES NOW** counsel for **James Fernandez**, Appellant in the above–styled and numbered cause, and requests an extension of time in which to file his petition for discretionary review. In support of this motion, he shows the following:

### I.

The Fourth Court of Appeals issued its opinion and judgment on December 31, 2014 in this case, James Fernandez v. State of Texas, Cause No. 04-14-00039-CR. No motion for rehearing or motion for reconsideration en band was filed. *See* Tex. R. App. P. 10.5(b)(3)(D). A petition for discretionary review in this case was due January 30, 2015. *See* Tex. R. App. P. 68.2(a). This motion for extension of time is filed within 15 days of the due date. *See* Tex. R. App. P. 68.2(c).

**II.**

Counsel had multiple dockets calls for almost each day for the past three weeks. He had oral argument in this Court on January 14, 2015, and was scheduled for jury trial this week in County Court-at-Law #1 in Williamson County, Texas in cause numbers 14-01501-1 and 14-01502-1. Those cases have been reset to February 9, but counsel is prepared.

**III.**

Counsel requests an additional 14 days from the filing of this motion within which to file his petition for discretionary review. No previous extension has been requested.

**PRAYER**

**THEREFORE**, Appellant prays that the Court grant an extension of time to file the petition for discretionary review in this case. Counsel believes that 14 days would be adequate. Counsel makes this request not for purposes of delay but that justice may be done.

Respectfully Submitted,

_____
James Gerard McDermott, II
State Bar No.: 24041438
THOMPSON SALINAS RICKERS & MCDERMOTT, LLP
8140 N. Mopac, Westpark 4, Suite 250

Austin TX 78759
512.201.4099
512.298.1129 (fax)
james@centraltexaslawyers.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that I served this document on Lance Kutnick, Assistant Attorney General by email after business hours on February 2, 2015.

_____
James Gerard McDermott, II